UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>    FEDERAL-MOGUL GLOBAL )<br>    INC., T&N LIMITED, *et al.*, )<br>    )<br>    Debtors. )<br>    ) | Case No. 01-10578 JKF<br>(Jointly Administered)<br><br>Chapter 11<br>Related Docket Number: 14250 |

**APPELLANTS' DESIGNATION OF ITEMS TO**
**BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Certain Insurers[1] hereby designate the following items for inclusion in the record on appeal. For the convenience of the Court, one set of copies is being furnished in compliance with Local Rule 8006-1.

**Federal-Mogul Global, Inc., et. al.**
**Case No. 01-10578 -JKF**

| Tab No. | Date | Docket No. | Description of Item |
|---|---|---|---|
| 1. | 06/04/2004 | 5122 | Disclosure Statement Describing Third Amended Joint Plan of Reorganization<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 2. | 06/04/2004 | 5123 | Exhibits to Disclosure Statement Describing Third Amended Joint Plan of Reorganization<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 3. | 09/27/2004 | 5843 | Certain Insurers Preliminary Objections to Third Amended Joint Plan of Reorganization<br>[Filed by John Spadaro, Atty., Hartford Accident and Indemnity Company, et al.] |

---

[1] "Certain Insurers" are: Hartford Accident and Indemnity Company, First State Insurance Company, and New England Insurance Company (collectively, "Hartford"); AIG Casualty Company; AIU Insurance Company; American Home Assurance Company; Granite State Insurance Company; Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa; New Hampshire Insurance Company (collectively, "AIG Member Companies"); Allianz Global Corporate & Specialty AG (as successor-by-partial-merger to Allianz Versicherungs AG as to Policy No. H. 0 001 456); Allianz Global Risks U.S. Insurance Company (f/k/a Allianz Insurance Company); and Allianz Underwriters Insurance Company (f/k/a Allianz Underwriters, Inc.) (collectively, "Allianz"); Columbia Casualty Company, Continental Casualty Company, The Continental Insurance Company, Both In Its Individual Capacity and As Successor To Certain Interests Of Harbor Insurance Company (collectively, "CNA Entities"); and Fireman's Fund Insurance Company and National Surety Company (collectively, "Fireman's Fund").

| | | | |
|---|---|---|---|
| 4. | 09/27/2004 | 5850 | Joinder to Policies Issued by Harbor Insurance Company to Certain Insurers' Preliminary Objections to Third Amended Joint Plan of Reorganization<br>[Filed by Kevin Gross, Atty., Columbia Casualty Company, Continental Casualty Company, Continental Insurance Company for Itself and as Successor-in-Interest to Policies Issued by Harbor Insurance Company]) |
| 5. | 10/04/2004 | 5950 | Joinder of Allianz to (1) Certain Insurers' Joinder in London Market Insurers Motion to Compel (DI #5841) and (2) Certain Insurer's Preliminary Objections to Third Amended Joint Plan of Reorganization (DI #5843)<br>[Filed by James Yoder, Atty., Allianz AG (successor in interest to Allianz Versicherungs AG), Allianz Global Risks U.S. Insurance Company, Successor in Interest to Allianz Insurance Company and To Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc.] |
| 6. | 10/18/2004 | 6098 | Joinder of Fireman's Fund Insurance Company and National Surety Corporation to Certain Insurers' Preliminary Objections to Third Amended Joint Plan of Reorganization<br>[Filed by L. Cornell, Atty., Fireman's Fund Insurance Company, National Surety Corporation] |
| 7. | 10/29/2004 | 6219 | Amended Joinder regarding DI #5841 and #5843<br>[Filed by James Yoder, Atty., Allianz AG, successor in interest to Allianz Versicherungs AG; Allianz Global Risks US Insurance Company, formerly known as Allianz Insurance Company; and Allianz Underwriters Insurance Company, et al] |
| 8. | 11/19/2004 | 6404 | Memorandum of Points and Authorities Relating to Insurer Standing<br>[Filed by John Spadaro, Atty., Hartford Accident and Indemnity Company, et al.] |
| 9. | 11/22/2004 | 6416 | Objection to Debtors' Third Amended Joint Plan of Reorganization<br>[Filed by L. Cornell, Atty., The Travelers Indemnity Company and certain affiliates and Travelers Casualty and Surety Company, f/k/a Aetna Casualty & Surety Company] |
| 10. | 11/22/2004 | 6421 | Certain Insurers' Objections to Third Amended Joint Plan of Reorganization<br>[Filed by John Spadaro, Atty., Hartford Accident and Indemnity Company, et al.] |
| 11. | 11/22/2004 | 6424 | Mt. McKinley Insurance Company's and Everest Reinsurance Company's Objections to Confirmation of the Debtors' Third Amended Joint Plan of Reorganization and Joinder in Certain Objections Filed by Certain Other Insurers<br>[Filed by Sean Bellew, Atty., Mt. McKinley Insurance Company and Everest Reinsurance Company] |

- 2 -

| 12. | 11/24/2004 | 6465 | Joinder of Interested Parties, Allianz Versicherungs AG, Allianz Global Risks U.S. Insurance Company, and Allianz Underwriters Insurance Company, in Objections filed by Certain Other Insurers in Opposition to Confirmation of Debtors' Third Amended Joint Plan of Reorganization<br>[Filed by James Yoder, Atty., Allianz AG, successor in interest to Allianz Versicherungs AG; Allianz Global Risks US Insurance Company, formerly known as Allianz Insurance Company; and Allianz Underwriters Insurance Company, et al] |
|---|---|---|---|
| 13. | 12/20/2004 | 6668 | Certain Insurers' Supplemental Brief in Support of Their Plan Objections Addressing Issues Raised by Combustion Engineering<br>[Filed by John Spadaro, Atty., Hartford Accident and Indemnity Company, et al.] |
| 14. | 12/22/2004 | 6700 | Corrected Version of Docket Number 6427 London Market Insurers' Objections to Confirmation of the Debtors' Third Amended Joint Plan of Reorganization<br>[Filed by John Spadaro, Atty., London Market Insurers, Certain Underwriters at Lloyd's, London] |
| 15. | 07/24/2006 | 10113 | Joint Motion to Approve Stipulation and Agreed Order Between Debtors, Official Committee of Asbestos Claimants, and Legal Representative for Future Asbestos Claimants Regarding Plan Modifications and Potential Confirmation Objections and Plan-Related Discovery by Certain Insurance Companies<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 16. | 09/19/2006 | 10606 | Order (I) Approving Stipulation Regarding Plan Modifications and Potential Confirmation Objections and Plan-Related Discovery By Certain Insurance Companies, (II) Staying Discovery Requests By Certain Insurance Companies, and (III) Granting Related Relief. |
| 17. | 02/07/2007 | 11530 | Supplemental Disclosure Statement Relating to Fourth Amended Joint Plan of Reorganization<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 17A. | 3/20/07 | 582593339 | Notice of Service Regarding Notice of Selection of Trustees of Asbestos Personal Injury Trust<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 18. | 04/24/2007 | 12135 | Objection to The Fourth Amended Joint Plan of Reorganization (Preliminary Bullet Point Objections)<br>[Filed by William Factor, Atty., Columbia Casualty Company, Continental Casualty Company and Continental Insurance Company] |
| 19. | 04/24/2007 | 12139 | Objections (Preliminary) to Confirmation of Fourth Amended Joint Plan of Reorganization (related document(s)10945 )<br>[Filed by John Demmy, Atty., Fireman's Fund Insurance Company, National Surety Company] |
| 20. | 04/24/2007 | 12140 | Objections (Preliminary Bullet Point) to Fourth Amended Joint Plan of Reorganization<br>[Filed by Richard Riley, Atty., Certain Underwriters at Lloyds London and Certain London Market Companies] |

- 3 -

| | | | |
|---|---|---|---|
| 21. | 04/24/2007 | 12147 | Objections (Preliminary) of Certain Insurers to Fourth Amended Joint Plan of Reorganization<br>[Filed by Michael Yurkewicz, Atty., Hartford Accident & Indemnity Company, First State Insurance Company and New England Insurance Company] |
| 22. | 06/04/2007 | 12576 | Objection to Fourth Amended Joint Plan of Reorganization<br>[Filed by Richard Riley, Atty., Certain Underwriters at Lloyds London and Certain London Market Companies] |
| 23. | 06/04/2007 | 12580 | Brief in Opposition to the Fourth Amended Joint Plan of Reorganization<br>[Filed by William Taylor, Atty., Owens-Illinois, Inc.] |
| 24. | 06/04/2007 | 12584 | Objection to The Debtors' Fourth Amended Joint Plan Of Reorganization<br>[Filed by Neal Levitsky, Atty., The Travelers Indemnity Company and certain affiliates and Travelers Casualty and Surety Company, f/k/a Aetna Casualty & Surety Company] |
| 25. | 06/04/2007 | 12585 | Objections (Additional) to Confirmation of the Fourth Amended Joint Plan of Reorganization<br>[Filed by Brian Kasprzak, Atty., OneBeacon American Insurance Company (formerly Commercial Union Insurance Company; as successor to Employers Commercial Union Insurance Company, as a successor to The Employer Liability Assurance Corp, Seaton Insurance Company (formerly Unigard Mutual Insurance Company), Stonewall Insurance Company] |
| 26. | 06/04/2007 | 12598 | Objections (Individual) to Confirmation of Plan of the CNA Entities to the Fourth Amended Joint Plan of Reorganization and Joinder in Certain Other Objections<br>[Filed by William Factor, Atty., Columbia Casualty Company, Continental Casualty Company and Continental Insurance Company] |
| 27. | 06/05/2007 | 12611 | Brief of Certain Insurers in Opposition to Confirmation of "Plan A" Alternative Version of Fourth Amended Joint Plan of Reorganization<br>[Filed by Christopher Ward, Atty., First State Insurance Company] |
| 28. | 06/05/2007 | 12618 | Declaration of Nancy L. Manzer in Support of Brief of Certain Insurers in Opposition to Confirmation of "Plan A" Alternative Version of Fourth Amended Joint Plan of Reorganization<br>[Filed by Christopher Ward, Atty., First State Insurance Company] |
| 29. | 06/05/2007 | 12645 | Joinder (Partial) of Interested Parties In Plan Objections<br>[Filed by James Yoder, Atty., Allianz AG (successor in interest to Allianz Versicherungs AG), Allianz AG, successor in interest to Allianz Versicherungs AG; Allianz Global Risks US Insurance Company, formerly known as Allianz Insurance Company; and Allianz Underwriters Insurance Company, et al, Allianz Global Risks U.S. Insurance Company, Successor in Interest to Allianz Insurance Company and To Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc.] |

| | | | |
|---|---|---|---|
| 30. | 06/05/2007 | 12646 | Joinder of Fireman's Fund Insurance Company and National Surety Company to Certain Confirmation Briefs and Objections to Confirmation of Fourth Amended Joint Plan of Reorganization<br>[Filed by John Demmy, Atty., Fireman's Fund Insurance Company, National Surety Company] |
| 31. | 06/11/2007 | 582593478 | Response of Certain Insurers to Plan Proponent Pleadings Re: Confirmation Issues<br>[Filed by William Factor, Atty., Columbia Casualty Company, Continental Casualty Company and Continental Insurance Company] |
| 32. | 06/14/2007 | 12694 | Joinder of Certain AIG-Related Insurers in Certain Objections to the Fourth Amended Joint Plan of Reorganization (As Modified)<br>[Filed by Sean Bellew, Atty., AIG Casualty Company, AIU Insurance Company, American Home Assurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA.] |
| 33. | 08/21/2007 | 13182 | Brief Re. Joint Submission of Plan Objectors' Post-Trial Briefs in Opposition to Confirmation of Fourth Amended Joint Plan of Reorganization (As Modified)<br>[Filed by Michael Yurkewicz, Atty., Hartford Accident and Indemnity Company, et al.] |
| 34. | 10/11/2007 | 582593568 | Order Approving Stipulation by and Among (I) Plan Proponents, (II) Cooper Parties, (III) PCT/Pneumo Parties, (IV) PepsiAmericas, Inc., and (V) Stipulating Pneumo Abex Insurers and Clarifying Effect of Plan B Settlement Agreement and Withdrawal of Objections Thereto. (related document(s)12622, 12620, 12621) |
| 35. | 10/17/2007 | 13499 | Joint Motion Seeking Determination of Asbestos Insurance Assignment and Preemption Issues Pursuant to Plan<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 36. | 10/23/2007 | 13539 | Response and Reservation of Rights of Fireman's Fund Insurance Company and National Surety Company to Joint Motion Seeking Determination of Asbestos Insurance Assignment and Preemption Issues Pursuant to Plan<br>[Filed by John Demmy, Atty., Fireman's Fund Insurance Company, National Surety Company] |
| 37. | 11/07/2007 | 13660 | Modified Chapter 11 Plan as filed on June 5, 2007 at Docket Nos. 12620, 12621 and 12622 [updated to incorporate only the Plan Modifications filed on July 31, 2007) (Docket No. 582593567), September 26, 2007 (Docket No. 13374), September 27, 2007 (Docket No. 13391), October 30, 2007(Docket No. 13614) and November 5, 2007 (Docket No. 13649 )(Re: 582593609)]<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 37A. | 6/5/07 | 12620 | Exhibits to Chapter 11 Plan as filed on June 5, 2007 at Docket No. 12620<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |

| | | | |
|---|---|---|---|
| 37B. | 6/5/07 | 12621 | Exhibits to Chapter 11 Plan as filed on June 5, 2007 at Docket No. 12621<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 37C. | 6/5/07 | 12622 | Exhibits to Chapter 11 Plan as filed on June 5, 2007 at Docket No. 12622<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 37D. | 9/27/07 | 13391 | Notice of Service of First Amendment to Amended and Restated Plan B Settlement Agreement - First Amendment to Plan EXH. 8.22<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 38. | 11/07/2007 | 13661 | Exhibits B and C to Proposed Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Possession (as Modified)<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 39. | 11/08/2007 | 13670 | Order And Stipulation Regarding Remaining London Market Objections To The Plan. (related document(s)13550, 13062, 12620, 12621, 12622, 10113, 10606, 582593612) |
| 40. | 11/08/2007 | 13671 | Order And Stipulation To Preserve Appeals On The Asbestos Insurance Assignment and Preemption Issue. (related document(s)13651, 582593567, 582593611, 13551, 13374, 13142, 12620, 12621, 13436, 12622, 13499, 13375, 12836) |
| 41. | 11/08/2007 | 13672 | Order Regarding Findings of Fact and Conclusions of Law Regarding Confirmation of Fourth Amended Joint Plan of Reorganization For Debtors and Debtors-In-Possession (As Modified). (related document(s)13623, 12620, 12621, 12622, 12836, 582593567, 13142, 13374, 13375, 13436, 13554, 582593608) |
| 42. | 11/08/2007 | 13674 | Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-In-Possession (As Modified). (related document(s)13620, 12620, 12621, 12622, 582593567, 13375, 13435, 13553, 582593609) |
| 43. | 11/08/2007 | 13678 | Letter to The Honorable Joseph H. Rodriguez re: Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Possession (As Modified) (related document(s)13660, 13674, 13677, 13672)<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 44. | 11/14/2007 | 13698 | Order Affirming the Confirmation Order Entered by the Bankruptcy Court on November 8, 2007. (related document(s)13674, 13672) |
| 45. | 11/16/2007 | 582593619 | Notice of Entry of Judgment of (A) Entry of Confirmation Order, (B) Affirmance of Confirmation Order, and (C) Other Important Dates Related Thereto [Related to Docket Nos. 13672, 13674 and 13698]<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |

PHIL1 781790-2

| Tab No. | Date | Docket No. | Description of Item |
|---|---|---|---|
| 45A. | 12/27/07 | 13940 | Notice of Effective Date re. (A) Entry of Order Confirming Fourth Amended Joint Plan of Reorganization for Debtors and Debtors-in-Possession (as Modified); (B) Effective Date of the Plan; (C) Substantial Consummation of the Plan; and (D) Bar Dates for Certain Administrative Claims and Professional Claims<br>[Filed by James O'Neill, Atty., Federal-Mogul Global, Inc., T&N Limited, et al.] |
| 46. | 03/20/2008 | 14237 | Memorandum Opinion and Order Regarding Assignment and Preemption Issue (related document(s)13671, 582593566, 13499, 13674, 13660, 13182, 13672) |
| 47. | 03/27/2008 | 582593636 | Notice of Appeal By London Market Insurers of Order Regarding Assignment and Preemption Issue. (related document(s)14237 )<br>[Filed by Richard Riley, Atty., Certain Underwriters at Lloyd's, London and Certain London Market Companies] |
| 48. | 03/31/2008 | 14250 | Notice of Appeal of Docket No. 14237 (related document(s)14237, 13671)<br>[Filed by Michael Yurkewicz, Atty., Hartford Accident & Indemnity Company, First State Insurance Company and New England Insurance Company] |

**Trial Transcripts**

| Tab No. | Date | Docket No. | Description of Item |
|---|---|---|---|
| 49. | 06/01/2007 | 12554 | Transcript of Hearing held on May 24, 2007 before the Honorable Judith K. Fitzgerald. |
| 50. | 06/08/2007 | 582593434 | Transcript of Hearing held on May 21, 2007 before the Honorable Judith K. Fitzgerald. |
| 51. | 06/14/2007 | 12686 | Transcript of Hearing held on June 7, 2007 before the Honorable Judith K. Fitzgerald. |
| 52. | 06/19/2007 | 12766 | Transcript of Hearing held on June 11, 2007 before the Honorable Judith K. Fitzgerald. |
| 53. | 06/26/2007 | 12841 | Transcript of Telephonic Hearing held on June 11, 2007 before the Honorable Judith K. Fitzgerald. |
| 54. | 06/26/2007 | 12842 | Transcript of Hearing held on June 19, 2007 before the Honorable Judith K. Fitzgerald. |
| 55. | 06/29/2007 | 12879 | Transcript of Hearing held on June 20, 2007 before the Honorable Judith K. Fitzgerald. |
| 56. | 06/29/2007 | 12880 | Transcript of Trial held on June 21, 2007 before the Honorable Judith K. Fitzgerald. |
| 57. | 07/03/2007 | 12911 | Transcript (Revised) of Telephonic Hearing held on June 18, 2007 before the Honorable Judith K. Fitzgerald. |
| 58. | 07/05/2007 | 12913 | Transcript of Telephonic Hearing held on June 25, 2007 before the Honorable Judith K. Fitzgerald. |

|     |            |           |                                                                                                                                                                                                                                          |
|-----|------------|-----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 59. | 07/16/2007 | 13000     | Transcript (2nd Revision) of Telephonic Hearing held on June 18, 2007 before the Honorable Judith K. Fitzgerald. |
| 60. | 07/25/2007 | 13069     | Transcript of Telephonic Hearing held on July 9, 2007 before the Honorable Judith K. Fitzgerald. |
| 61. | 07/25/2007 | 13070     | Transcript of Hearing held on July 10, 2007 before the Honorable Judith K. Fitzgerald. |
| 62. | 07/30/2007 | 13108     | Transcript of Hearing held on July 23, 2007 before the Honorable Judith K. Fitzgerald. |
| 63. | 08/02/2007 | 13129     | Transcript of Telephonic Hearing held on July 26, 2007 before the Honorable Judith K. Fitzgerald. |
| 64. | 09/06/2007 | 13256     | Transcript of Hearing held on August 29, 2007 before the Honorable Judith K. Fitzgerald. |
| 65. | 09/19/2007 | 13331     | Transcript of Hearing held on September 7, 2007 before the Honorable Judith K. Fitzgerald. |
| 66. | 09/19/2007 | 13332     | Transcript of Hearing held on September 11, 2007 before the Honorable Judith K. Fitzgerald. |
| 67. | 10/02/2007 | 13419     | Transcript of Hearing held on September 21, 2007 before the Honorable Judith K. Fitzgerald. |
| 68. | 10/04/2007 | 13440     | Transcript of Hearing held on September 24, 2007 before the Honorable Judith K. Fitzgerald. |
| 69. | 10/10/2007 | 13473     | Transcript of Hearing held on October 1, 2007 before the Honorable Judith K. Fitzgerald. |
| 70. | 10/10/2007 | 13480     | Transcript of Hearing held on October 2, 2007 before the Honorable Judith K. Fitzgerald. |
| 71. | 10/10/2007 | 13481     | Transcript of Hearing held on October 4, 2007 before the Honorable Judith K. Fitzgerald. |
| 72. | 10/12/2007 | 582593577 | Transcript of Hearing held on October 10, 2007 before the Honorable Judith K. Fitzgerald. |
| 73. | 10/26/2007 | 13567     | Transcript of Hearing held on October 22, 2007 before the Honorable Judith K. Fitzgerald. |
| 74. | 10/29/2007 | 13585     | Transcript of Hearing held on October 22, 2007 before the Honorable Judith K. Fitzgerald. |
| 75. | 11/01/2007 | 582593595 | Transcript of Hearing held on October 25, 2007 before the Honorable Judith K. Fitzgerald. |
| 76. | 11/01/2007 | 582593596 | Transcript of Hearing held on October 26, 2007 before the Honorable Judith K. Fitzgerald. |
| 77. | 11/06/2007 | 582593597 | Transcript of Hearing held on October 29, 2007 before the Honorable Judith K. Fitzgerald. |
| 78. | 11/08/2007 | 13676     | Transcript of Hearing held on November 1, 2007 before the Honorable Judith K. Fitzgerald. |
| 79. | 11/15/2007 | 13703     | Transcript of Hearing held on November 7, 2007 before the Honorable Judith K. Fitzgerald. |
| 80. | 11/19/2007 | 13713     | Transcript of Joint Hearing held on November 13, 2007 before the Honorable Judith K. Fitzgerald regarding Motion of the United States Trustee for the Appointment of an Examiner related to the Conduct of L. Tersigni Consulting, P.C. |
| 81. | 12/04/2007 | 13796     | Transcript of Hearing held on November 26, 2007 before the Honorable Judith K. Fitzgerald. |

| 82. | 12/19/2007 | 13893 | Transcript of Hearing held on December 11, 2007 before the Honorable Judith K. Fitzgerald. |
| 83. | 01/03/2008 | 13964 | Transcript of Hearing held on December 17, 2007 before the Honorable Judith K. Fitzgerald. |
| 84. | 01/17/2008 | 14002 | Transcript of Hearing held on January 10, 2008 before the Honorable Judith K. Fitzgerald |
| 85. | 03/04/2008 | 14177 | Transcript of Hearing held on February 25, 2008 before the Honorable Judith K. Fitzgerald. |

Respectfully submitted,

*Hartford Accident and Indemnity Company, First State Insurance Company, and New England Insurance Company*

 **/s/ Michael W. Yurkewicz_____**
Michael W. Yurkewicz
KLEHR, HARRISON, HARVEY BRANZBURG AND ELLERS LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 426-1189

-and-

Craig Goldblatt
Nancy L. Manzer
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, D.C.  20006
Tel: (202) 663-6000

-and-

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600

*AIG Casualty Company; AIU Insurance Company; American Home Assurance Company; Granite State Insurance*

- 9 -

*Company; Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa; New Hampshire Insurance Company*

**  /s/ Sean J. Bellew  **
Sean J. Bellew
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 1980
Tel:  (302) 295-2026

-and-

Michael S. Davis
Jantra Van Roy
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 223-0400

- 10 -

*Allianz Global Corporate & Specialty AG (as successor-by-partial-merger to Allianz Versicherungs AG as to Policy No. H. 0 001 456); Allianz Global Risks U.S. Insurance Company (f/k/a Allianz Insurance Company); and Allianz Underwriters Insurance Company (f/k/a Allianz Underwriters, Inc.)*

 **/s/ James S. Yoder**
James S. Yoder
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Tel: (302) 467-4524

-and-

Elit R. Felix, II
Margolis Edelstein
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA 19106-3304
Tel: (215) 931-5870

*Columbia Casualty Company, Continental Casualty Company, The Continental Insurance Company, Both In Its Individual Capacity and As Successor To Certain Interests Of Harbor Insurance Company*

 **/s/ Bruce E. Jameson**
Bruce E. Jameson
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899
Tel: (302) 888-6500

-and-

- 11 -

       David C. Christian II
William J. Factor
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel: (312) 460-5000

-and-

Steven M. Crane
Berkes Crane Robinson & Seal LLP
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Tel:  (213) 955-1150

*Fireman's Fund Insurance Company and National Surety Company*

 **_/s/ John D. Demmy_____**
John D. Demmy
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 425-3308

-and-

Leonard P. Goldberger
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Tel: (215) 864-7000

Dated: April 10, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>    FEDERAL-MOGUL GLOBAL )<br>    INC., T&N LIMITED, *et al.*, )<br>    )<br>    Debtors. )<br>    ) | Case No. 01-10578 JKF<br>(Jointly Administered)<br><br>Chapter 11<br>Related Docket Number: 14250 |

### APPELLANTS' STATEMENT OF ISSUES ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedures 8006, Certain Insurers[1] hereby identify the issue to be presented in the above-captioned appeal:

Whether the Bankruptcy Code preempts otherwise enforceable provisions of private insurance policies that prohibit an insured from assigning the policies (or rights thereunder) to a third party, absent the insurer's consent.

Respectfully submitted,

*Hartford Accident and Indemnity Company, First State Insurance Company, and New England Insurance Company*

/s/ Michael W. Yurkewicz
Michael W. Yurkewicz
KLEHR, HARRISON, HARVEY
BRANZBURG AND ELLERS LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

---

[1] "Certain Insurers" are: Hartford Accident and Indemnity Company, First State Insurance Company, and New England Insurance Company (collectively, "Hartford"); AIG Casualty Company; AIU Insurance Company; American Home Assurance Company; Granite State Insurance Company; Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa; New Hampshire Insurance Company (collectively, "AIG Member Companies"); Allianz Global Corporate & Specialty AG (as successor-by-partial-merger to Allianz Versicherungs AG as to Policy No. H. 0 001 456); Allianz Global Risks U.S. Insurance Company (f/k/a Allianz Insurance Company); and Allianz Underwriters Insurance Company (f/k/a Allianz Underwriters, Inc.) (collectively, "Allianz"); Columbia Casualty Company, Continental Casualty Company, The Continental Insurance Company, Both In Its Individual Capacity and As Successor To Certain Interests Of Harbor Insurance Company (collectively, "CNA Entities"); and Fireman's Fund Insurance Company and National Surety Company (collectively, "Fireman's Fund").

Tel: (302) 426-1189

-and-

Craig Goldblatt
Nancy L. Manzer
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel: (202) 663-6000

-and-

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600

*AIG Casualty Company; AIU Insurance Company; American Home Assurance Company; Granite State Insurance Company; Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa; New Hampshire Insurance Company*

/s/ Sean J. Bellow
Sean J. Bellew
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 1980
Tel: (302) 295-2026

-and-

Michael S. Davis
Jantra Van Roy
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022

Tel: (212) 223-0400

*Allianz Global Corporate & Specialty AG (as successor-by-partial-merger to Allianz Versicherungs AG as to Policy No. H. 0 001 456); Allianz Global Risks U.S. Insurance Company (f/k/a Allianz Insurance Company); and Allianz Underwriters Insurance Company (f/k/a Allianz Underwriters, Inc.)*

/s/ James S. Yoder
James S. Yoder
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Tel: (302) 467-4524

-and-

Elit R. Felix, II
Margolis Edelstein
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA 19106-3304
Tel: (215) 931-5870

*Columbia Casualty Company, Continental Casualty Company, The Continental Insurance Company, Both In Its Individual Capacity and As Successor To Certain Interests Of Harbor Insurance Company*

Bruce E. Jameson
Bruce E. Jameson
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899
Tel: (302) 888-6500

-and-

>David C. Christian II
>William J. Factor
>Seyfarth Shaw LLP
>131 S. Dearborn Street, Suite 2400
>Chicago, Illinois 60603
>Tel: (312) 460-5000
>
>-and-
>
>Steven M. Crane
>Berkes Crane Robinson & Seal LLP
>515 South Figueroa Street, Suite 1500
>Los Angeles, California 90071
>Tel:  (213) 955-1150
>
>*Fireman's Fund Insurance Company and National Surety Company*
>
>John D. Demmy
>John D. Demmy
>Stevens & Lee, P.C.
>1105 North Market Street, 7th Floor
>Wilmington, DE 19801
>Tel: (302) 425-3308
>
>-and-
>
>Leonard P. Goldberger
>Stevens & Lee, P.C.
>1818 Market Street, 29th Floor
>Philadelphia, PA 19103
>Tel: (215) 864-7000

Dated: April 10, 2008