IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: FEDERAL-MOGUL GLOBAL INC., *et al.*

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY, *et al.*, <br> Appellants, <br> v. <br> FEDERAL MOGUL GLOBAL INC., *et al.*, <br> Appellees. | Civil Action No. 08-230 <br><br> Bankruptcy Case No. 01-10578 <br><br> Appeal No. 08-15 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Elit R. Felix, II, Esquire of Margolis Edelstein to represent Allianz Global Corporate & Specialty AG (as successor-by-partial-merger to Allianz Versicherungs AG as to Policy No. H. 0 001 456); Allianz Global Risks U.S. Insurance Company (f/k/a Allianz Insurance Company); and Allianz Underwriters Insurance Company (f/k/a Allianz Underwriters, Inc.) (collectively, "Allianz") in this matter.

WHITE AND WILLIAMS LLP

Dated: May 7, 2008

BY: /s/ James S. Yoder
James S. Yoder (DE No. 2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302-467-4524
Fax: 302-467-4554
Email: yoderj@whiteandwilliams.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 12, 2008

BY: [signature]
United States District Court

PHLDMS1 4203143v.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: FEDERAL-MOGUL GLOBAL INC., et al.

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY, et al.,<br>　　　　　Appellants,<br>v.<br>FEDERAL MOGUL GLOBAL INC., et al.,<br>　　　　　Appellees. | Civil Action No. 08-230<br><br>Bankruptcy Case No. 01-10578<br><br>Appeal No. 08-15 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the Eastern and Western Pennsylvania Districts of the US District Court, the US Court of Appeals for the Third Circuit and the US Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 4/24/08

MARGOLIS EDELSTEIN

BY: _____
Elit R. Felix, II, (PA 36736)
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA 19106-3304
Phone: 215-931-5870
Fax: 215-922-1772
Email: efelix@margolisedelstein.com

2

PHLDMS1 4203143v.2