DRAFT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*, <br><br> Reorganized Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 01-10578 |
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, *et al.*, <br><br> Appellants, <br><br> v. <br><br> FEDERAL-MOGUL GLOBAL INC., *et al.* <br><br> Appellees. | Civil Action Nos. 08-0229 and 08-0230 <br><br> Judge Joseph H. Rodriguez |

**CORPORATE DISCLOSURE STATEMENT**

Hartford Accident and Indemnity Company, First State Insurance Company, and New England Insurance Company, parties in the above-caption matter, certify that the following are parents, subsidiaries, and/or affiliates of said parties that have issued shares or debt securities to the public:

    A.    **Hartford Accident and Indemnity Company**:  The Hartford Financial Services Group, Inc. and Hartford Fire Insurance Company are parent corporations.  The Hartford Financial Services Group, Inc. (publicly held) holds 100% of the stock of Hartford Fire Insurance Company (not a party), which holds 100% of the stock of Hartford Accident and Indemnity Company (a party).

- 2 -

B. **First State Insurance Company**:  Heritage Holdings, Inc. and The Hartford Financial Services Group, Inc. are parent corporations.  The Hartford Financial Services Group, Inc. (publicly held) holds 100% of the stock of Heritage Holdings, Inc. (not a party), which holds 100% of the stock of  First State Insurance Company (a party).

C. **New England Insurance Company:**  Heritage Holdings, Inc., The Hartford Financial Services Group, Inc., and First State Insurance Company are parent corporations.  The Hartford Financial Services Group, Inc. (publicly held) holds 100% of the stock of Heritage Holdings, Inc. (not a party), which holds 100% of the stock of First State Insurance Company (a party), which holds 100% of the stock of  New England Insurance Company (a party).

The Hartford Financial Services Group, Inc., a publicly held corporation that is not a party to this appeal, has a financial interest in the outcome of this appeal because it is the ultimate parent of the parties listed above.

Respectfully submitted,

/s/ Michael W. Yurkewicz
Michael W. Yurkewicz
KLEHR, HARRISON, HARVEY
BRANZBRUG AND ELLERS LLP
919 Market St., Suite 1000
Wilmington, DE  19801
Telephone:  302-426-1189
Facsimile:  302-426-9193

Craig Goldblatt
Nancy L. Manzer
WILMER CUTLER PICKERING
 HALE AND DORR LLP

- 3 -

      1875 Pennsylvania Ave., NW
      Washington, D.C. 20006
      Telephone: 202-663-6000
      Facsimile: 202-663-6363

      William J. Bowman
      James P. Ruggeri
      Edward B. Parks, II
      HOGAN & HARTSON L.L.P.
      555 Thirteenth Street, N.W.
      Washington, D.C. 20004
      Telephone: 202-637-5600
      Facsimile: 202-637-5910

      *Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and New England Insurance Company*

Dated: May 21, 2008

- 3 -