# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FEDERAL-MOGUL GLOBAL INC.,** **T&N LIMITED,** *et al.,* | : : : | **Chapter 11** |
| **Reorganized Debtors.** | : : | **Bankruptcy Case No. 01-10578** |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,** *et al.,* | : : : | **Civil Action Nos. 08-0229 & 08-0230** |
| **Appellants,** | : : | **Judge Joseph H. Rodriquez** |
| **v.** | : : | |
| **FEDERAL-MOGUL GLOBAL INC.,** *et al.,* | : : | |
| **Appellees.** | : : | |

## CORPORATE DISCLOSURE STATEMENT OF APPELLANTS, ALLIANZ GLOBAL CORPORATE AND SPECIALTY AG (as successor-by-partial merger to Allianz Versicherungs AG as to Policy No. H. 0 001 456), ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY (f/k/a Allianz Insurance Company), AND ALLIANZ UNDERWRITERS INSURANCE COMPANY (f/k/a Allianz Underwriters, Inc.)

Appellants - - Allianz Global Corporate and Specialty AG, as successor–by-partial-merger to Allianz Versicherungs AG as to Policy No. H. 0 001 456; Allianz Global Risks U.S. Insurance Company, formerly known as Allianz Insurance Company; and Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc. - - as interested parties in the above-captioned matter do hereby certify, by and through their undersigned counsel, that the following are parent, subsidiary, and/or affiliate entities that have issued shares or debt securities to the public:

A.    **Allianz Underwriters Insurance Company**, formerly known as Allianz Underwriters, Inc., is a California insurance company that is a wholly owned subsidiary of Allianz Global Risks U.S. Insurance Company.

B.    **Allianz Global Risks U.S. Insurance Company**, formerly known as Allianz Insurance Company, is a California insurance company that is a wholly owned subsidiary of Allianz of America, Inc., which is a U.S. holding company that in turn is a wholly owned subsidiary of Allianz

SE, formerly known as Allianz Aktiengesellschaft. Allianz SE is a publically held, European Union company that indirectly holds 10% or more of Allianz Global Risks U.S. Insurance Company.

C.    **Allianz Global Corporate and Specialty AG**, successor-by-partial-merger to Allianz Versicherungs AG as to Policy No. H. 0 001 456, is a German insurance company that is a wholly owned subsidiary of Allianz SE.

Allianz SE has a financial interest in the outcome of this matter because it is, indirectly, the ultimate parent of Allianz Global Risks U.S. Insurance Company and Allianz Underwriters Insurance Company and because it is the direct parent of Allianz Global Corporate and Specialty AG.

Respectfully submitted,

_____
James S. Yoder (DE No. 2643)
WHITE AND WILLIAMS LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
    Tel: 302-467-4524
    Fax: 302-467-4554
    E-Mail: YoderJ@WhiteAndWilliams.com

    - and -

MARGOLIS EDELSTEIN
Elit R. Felix, II (*Pro Hac Vice*)
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA 19106-3304
    Tel: 215-931-5870
    Fax: 215-922-1772
    E-Mail: EFelix@MargolisEdelstein.com

Attorneys for Interested Parties,
Allianz Global Corporate and Specialty AG,
as successor-by-partial-merger to Allianz
Versicherungs AG as to Policy No. H. 0 001 456;
Allianz Global Risks U.S. Insurance Company,
formerly known as Allianz Insurance Company;
and Allianz Underwriters Insurance Company,
formerly known as Allianz Underwriters, Inc.

2