**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FEDERAL-MOGUL GLOBAL INC., | ) |
| T&N LIMITED, <u>et</u> <u>al.</u>, | ) Bankruptcy Case No. 01-10578 |
| | ) |
| Reorganized Debtors. | ) |
| | ) |
| CERTAIN UNDERWRITERS AT LLOYDS, | ) |
| LONDON, <u>et</u> <u>al.</u>, | ) Civil Action Nos. 08-0229 and 08-0230 |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) |
| | ) Judge Joseph H. Rodriguez |
| FEDERAL-MOGUL GLOBAL INC., et al. | ) |
| | ) |
| Appellees. | ) |
| | ) |

**<u>DECLARATION OF SERVICE</u>**

The undersigned hereby certifies that on the 21st day of May, 2008, he caused a copy of

the (i) Certain Appellants' Brief on Appeal (D.I. 9) and (ii) Corporate Disclosure Statement on

Behalf of Hartford Accident and Indemnity Company, First State Insurance Company, and New

England Insurance Company (D.I. 11) to be served on the parties on the attached service list via

electronic mail at the addresses indicated thereon.

 /s/ Michael W. Yurkewicz
 Michael W. Yurkewicz (I.D. No. 4165)

PHIL1 788992-1

SERVICE LIST
Via electronic mail

Alp, Paul <PAlp@crowell.com>
Bellew, Sean J. <sbellew@cozen.com>
Bowden, William P. <wbowden@ashby-geddes.com>
Conlan, James F. <jconlan@sidley.com>
Cusick, Kelly <kcusick@crowell.com>
Dorsey, John T. <jdorsey@ycst.com>
Factor, William J. <WFactor@seyfarth.com>
Felix, Elit R. <efelix@margolisedelstein.com>
Harron, Edwin J. <eharron@ycst.com>
Hartley, Kirk T. <khartley@butlerrubin.com>
Inselbuch, Elihu <ei@capdale.com>
James L. Patton, Jr. <jpatton@ycst.com>
Jameson, Bruce E. <bejameson@prickett.com>
joneill@pszyjw.com
Kahane, Jeff D. <JKahane@duanemorris.com>
Kansa, Kenneth P. <KKansa@sidley.com>
Lantry, Kevin T. <klantry@sidley.com>
ljone@pszyjw.com
Lockwood, Peter Van N. <pvnl@capdale.com>
Maclay, Kevin C. <KCM@capdale.com>
McCabe, Eileen <Eileen.McCabe@mendes.com>
Minella, Maribeth L. <mminella@ycst.com>
Newsom, Anna <Anna.Newsom@mendes.com>
Palacio, Ricardo <rpalacio@ashby-geddes.com>
Quinn, Thomas J. <thomas.quinn@mendes.com>
Riley, Richard W. <rwriley@duanemorris.com>
Rosella, Kristin <krosella@seyfarth.com>
Roten, Russell W. <RWRoten@duanemorris.com>
Shiner, Mike <mshiner@tuckerlaw.com>
Steen, Jeffrey C. <jsteen@sidley.com>
szieg@ycst.com
Tarpey, Daniel <DTarpey@seyfarth.com>
Yoder, James S. <yoderj@whiteandwilliams.com>
Zapf, Robert <RJZapf@duanemorris.com>
Zevnik, Paul <pzevnik@morganlewis.com>

PHIL1 788992-1