# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FEDERAL-MOGUL GLOBAL INC., T&N | ) |
| LIMITED, *et al.*, | ) Bankruptcy Case No. 01-10578 |
| | ) |
| CERTAIN UNDERWRITERS AT LLOYD'S, | ) Civil Action Nos. 08-0229 and 08-0230 |
| LONDON, *et al.*, | ) |
| | ) Judge Joseph H. Rodriguez |
| Appellants | ) |
| v. | ) |
| FEDERAL-MOGUL GLOBAL INC., *et al.*, | ) |
| Appellees. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David C. Christian, II, Esquire of Seyfarth Shaw LLP to represent Columbia Casualty Company, Continental Casualty Company, and The Continental Insurance Company in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

Dated: July 21, 2008

BY: /s/ *Bruce E. Jameson*
Bruce E. Jameson (DE No. 2931)
1310 King Street
Wilmington, Delaware 19801
Phone: 302-888-6532
Fax: 302-658-8111
Email: BEJameson@prickett.com

19941.1\374616v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 23, 2008

BY: _Joseph H. Rodriguez_
United States District Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FEDERAL-MOGUL GLOBAL INC., T&N ) | |
| LIMITED, *et al.*, ) | Bankruptcy Case No. 01-10578 |
| ) | |
| ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S, ) | Civil Action Nos. 08-0229 and 08-0230 |
| LONDON, *et al.*, ) | |
| ) | Judge Joseph H. Rodriguez |
| Appellants ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL-MOGUL GLOBAL INC., *et al.*, ) | |
| ) | |
| Appellees. ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the Bar of the State of Kansas, and the Bar of the State of Missouri, the United States Court of Appeals for the Third, Eighth and Tenth Circuits, the United States District Court for the Northern District of Illinois, the United States District Court for the District of Kansas, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern and Western Districts of Missouri, and the United States District Court for the Eastern District of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 18, 2008

SEYFARTH SHAW LLP

BY: /s/ David C. Christian, II
David C. Christian, II
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Phone: 312-460-5833
Fax: 312-460-7833
Email: dchristian@seyfarth.com

19941.1\374617v1